# SKYPE CHAT MESSAGES

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 5 |
| Display names | *T |
| | Chrysanth Van Aduard |
| | live:makishimax |
| | ria |
| | ria_▆ |
| Local user | |
| **CONVERSATION DETAILS** | |
| Number of messages | 285 |
| First message sent date/time | 10/28/2016 7:50:13 AM |
| Last message sent date/time | 11/15/2016 10:38:26 AM |
| Case time zone | (UTC) Coordinated Universal Time |

---

**live:makishimax**
✓ Received
10/28/2016 7:50:13 AM

Chrysanth Van Aduard requested to add as a contact

---

**live:makishimax**
✓ Received
10/28/2016 7:50:21 AM

hi its me from incest chat

---

**ria_▆**
✓ Received
10/28/2016 7:50:56 AM

heya

---

**live:makishimax**
✓ Received
10/28/2016 7:51:06 AM

hi beautiful

**ria_** ▮

✓ Received
10/28/2016 7:51:25 AM

<ss type="tongueout">:P</ss>

**ria_** ▮

✓ Received
10/28/2016 7:51:25 AM

hehe how do u know if I am beautiful?

**live:makishimax**

✓ Received
10/28/2016 7:51:31 AM

want to voice chat?

**live:makishimax**

✓ Received
10/28/2016 7:51:47 AM

aww

**live:makishimax**

✓ Received
10/28/2016 7:52:06 AM

Chrysanth Van Aduard shared a picture: mydick.jpg

**ria_** ▮

✓ Received
10/28/2016 7:52:10 AM

sorry

**live:makishimax**

✓ Received
10/28/2016 7:52:15 AM

Do you l ke my cock?

**ria_** ▮

✓ Received
10/28/2016 7:52:15 AM

call back

**ria_**■■ ✓ Received
10/28/2016 7:52:18 AM

can u video call?

**live:makishimax** ✓ Received
10/28/2016 7:52:20 AM

sure

**live:makishimax** ✓ Received
10/28/2016 7:52:31 AM

video call me

**ria_**■■ ✓ Received
10/28/2016 7:52:46 AM

I cant see the option here

**ria_**■■ ✓ Received
10/28/2016 7:52:49 AM

can u try?

**live:makishimax** ✓ Received
10/28/2016 7:58:06 AM

Lets say you left your husband

**live:makishimax** ✓ Received
10/28/2016 7:59:20 AM

Would you have children with me?

**live:makishimax** ✓ Received
10/28/2016 8:03:40 AM

Do you l ke a man with a dark side?

**live:makishimax**

✓ Received
10/28/2016 8:04:03 AM

Would you let me rape our Daughters?

---

**live:makishimax**

✓ Received
10/28/2016 8:04:14 AM

Does that turn you on?

---

**live:makishimax**

✓ Received
10/28/2016 8:04:26 AM

When could I start raping their asshole?

---

**live:makishimax**

✓ Received
10/28/2016 8:05:43 AM

3

---

**ria_**

✓ Received
10/28/2016 8:10:31 AM

ria shared a picture: me.jpg

---

**ria_**

✓ Received
10/28/2016 8:12:17 AM

ria shared a picture: me2.jpg

---

**ria_**

✓ Received
10/28/2016 8:13:23 AM

ok

---

**ria_**

✓ Received
10/28/2016 8:13:29 AM

what do you wana hear <ss type="tongueout">:P</ss>

**ria_**
✓ Received
10/28/2016 8:13:30 AM

ok listen

**live:makishimax**
✓ Received
10/28/2016 8:13:50 AM

Would you have my children?

**ria_**
✓ Received
10/28/2016 8:13:54 AM

yes

**ria_**
✓ Received
10/28/2016 8:14:03 AM

how many do u wana have?

**live:makishimax**
✓ Received
10/28/2016 8:14:05 AM

Would you let me fuck our three year old daughter's asshole?

**ria_**
✓ Received
10/28/2016 8:14:13 AM

yeah

**live:makishimax**
✓ Received
10/28/2016 8:14:15 AM

As many as you could give me, but no more than 14

**live:makishimax**
✓ Received
10/28/2016 8:14:22 AM

Does my dark side turn you on?

**ria_**

✓ Received
10/28/2016 8:14:25 AM

hehe but u need to be a good trainer

**ria_**

✓ Received
10/28/2016 8:14:33 AM

yes a lot..i l ke u

**ria_**

✓ Received
10/28/2016 8:14:34 AM

we match

**live:makishimax**

✓ Received
10/28/2016 8:14:40 AM

Would you let me breed our daughters?

**ria_**

✓ Received
10/28/2016 8:14:56 AM

yeah its my dream to have a incest family

**ria_**

✓ Received
10/28/2016 8:18:09 AM

send me a cp vid which has actions that u wud wana do with out daughters

**ria_**

✓ Received
10/28/2016 8:18:17 AM

that way we can visualize

**live:makishimax**

✓ Received
10/28/2016 8:20:25 AM

tell me the things you would wish I would do to our young daughters



ria_█

✓ Received
10/28/2016 8:20:43 AM

I wana see the vids get aroused and discuss

ria_█

✓ Received
10/28/2016 8:20:45 AM

<<< </legacyquote></quote>

ria_█

✓ Received
10/28/2016 8:20:58 AM

i don't know if this works

ria_█

✓ Received
10/28/2016 8:21:12 AM

its an old link

ria_█

✓ Received
10/28/2016 8:21:19 AM

i lost tor links in machine format

ria_█

✓ Received
10/28/2016 8:22:23 AM

can u send me some cp i wana watch and discuss with u

ria_█

✓ Received
10/28/2016 8:28:20 AM

ria shared a file: (opva)(july.mp4

ria_█

✓ Received
10/28/2016 8:29:33 AM

can u send me as well? the one in which it shows what u wana do with our daughters?

ria_█

✓ Received
10/28/2016 8:29:34 AM

<ss type="wink">;)</ss>

ria_█

✓ Received
10/28/2016 8:29:48 AM

may be a rape one i haven't seen one

live:makishimax

✓ Received
10/28/2016 8:31:00 AM

I like it

ria_█

✓ Received
10/28/2016 8:31:15 AM

send me some of ur collection as well?

live:makishimax

✓ Received
10/28/2016 8:31:28 AM

i try not collect

live:makishimax

✓ Received
10/28/2016 8:33:40 AM

Chrysanth Van Aduard shared a file: Siberiam Mouse Trailer by Pre&teen Collection.webm

ria_█

✓ Received
10/28/2016 8:35:25 AM

no

ria_█

✓ Received
10/28/2016 8:35:26 AM

its downloading

---

**ria_**■

✓ Received
10/28/2016 8:36:04 AM

hhehe

---

**ria_**■

✓ Received
10/28/2016 8:36:08 AM

can i ask u somethibg

---

**live:makishimax**

✓ Received
10/28/2016 8:36:19 AM

yes

---

**ria_**■

✓ Received
10/28/2016 8:37:03 AM

show abt camming with a little grl ill guide u how to play touch games with her and for safety ill share my desktop with u so u can be aware that i am just viewing u

---

**ria_**■

✓ Received
10/28/2016 8:37:49 AM

<ss type="smile">:)</ss>

---

**ria_**■

✓ Received
10/28/2016 8:37:49 AM

ok

---

**ria_**■

✓ Received
10/28/2016 8:38:01 AM

i wish that happened faster

---

**ria_**■

✓ Received
10/28/2016 8:38:07 AM

r u ok to settle down in india?

**ria_**⬛

✓ Received
10/28/2016 8:38:20 AM

yeah

**ria_**⬛

✓ Received
10/28/2016 8:38:42 AM

i can let u rpe them vaginally

**ria_**⬛

✓ Received
10/28/2016 8:38:58 AM

and cum inside them..

**ria_**⬛

✓ Received
10/28/2016 8:39:06 AM

but what if they cry u wud lose interest

**ria_**⬛

✓ Received
10/28/2016 8:39:27 AM

hehe..whats the level of ur cruelty?

**ria_**⬛

✓ Received
10/28/2016 8:39:28 AM

;P

**live:makishimax**

✓ Received
10/28/2016 8:39:54 AM

I want to rape their asshole when they are three years old and have children with them at 12.

**live:makishimax**

✓ Received
10/28/2016 8:40:00 AM

I sometimes want to hear them cry and sometimes not

**live:makishimax**

✓ Received
10/28/2016 8:40:07 AM

now you tell me what you would give me and let me have

**ria_**

✓ Received
10/28/2016 8:40:09 AM

ok

**live:makishimax**

✓ Received
10/28/2016 8:40:10 AM

and what you would enjoy

**ria_**

✓ Received
10/28/2016 8:40:39 AM

hearing u is better..i like it..but what action of cruelty is the maximum u can read upto?

**live:makishimax**

✓ Received
10/28/2016 8:41:25 AM

as far as you would allow me and still enjoy

**ria_**

✓ Received
10/28/2016 8:41:28 AM

speak na don't type

**live:makishimax**

✓ Received
10/28/2016 8:41:29 AM

so tell me in words

**live:makishimax**

✓ Received
10/28/2016 8:41:32 AM

what you want to see

**ria_**▮

✓ Received
10/28/2016 8:48:01 AM

ria shared a picture: sony.JPG

**ria_**▮

✓ Received
10/28/2016 8:51:37 AM

ria shared a file: Plaw.mp4

**ria_**▮

✓ Received
10/28/2016 8:58:22 AM

ok baby i need to go now

**live:makishimax**

✓ Received
10/28/2016 8:58:40 AM

me too

**ria_**▮

✓ Received
10/28/2016 8:58:59 AM

mwa ill miss ya

**live:makishimax**

✓ Received
10/28/2016 8:59:05 AM

I will miss you too

**ria_**▮

✓ Received
10/28/2016 8:59:12 AM

keep sendig me offliners

**ria_**▮

✓ Received
10/28/2016 8:59:14 AM

mwa

**live:makishimax**

✓ Received
10/28/2016 8:59:17 AM

i will

**live:makishimax**

✓ Received
10/28/2016 9:21:50 AM

I love you

**ria_**■

✓ Received
10/30/2016 2:17:34 PM

love u too

**ria_**■

✓ Received
10/30/2016 2:17:37 PM

where have u been

**live:makishimax**

✓ Received
10/31/2016 8:05:20 AM

hi

**live:makishimax**

✓ Received
10/31/2016 8:05:45 AM

Do you love me?

**ria_**■

✓ Received
10/31/2016 8:08:48 AM

hie hon yes mwa

**live:makishimax**

✓ Received
10/31/2016 8:09:04 AM

have any new videos for daddy?

**ria_**█
✓ Received
10/31/2016 8:09:09 AM

no

**ria_**█
✓ Received
10/31/2016 8:09:15 AM

do u have something for mom?

**live:makishimax**
✓ Received
10/31/2016 8:09:25 AM

not yet, give me a day or two

**live:makishimax**
✓ Received
10/31/2016 8:09:35 AM

I wish you had webcam

**ria_**█
✓ Received
10/31/2016 8:11:33 AM

hmm me too

**live:makishimax**
✓ Received
10/31/2016 8:11:54 AM

Tell Daddy a story of what you want to give to him

**ria_**█
✓ Received
11/2/2016 9:16:38 AM

miss u

**live:makishimax**
✓ Received
11/3/2016 7:15:26 AM

I miss you too

**live:makishimax**
✓ Received
11/3/2016 7:15:35 AM

I am so lonely

**ria_**■
✓ Received
11/3/2016 9:31:33 AM

hmm

**ria_**■
✓ Received
11/3/2016 9:31:42 AM

did u find something fr me?

**live:makishimax**
✓ Received
11/3/2016 9:32:35 AM

I find it risky searching online for things

**live:makishimax**
✓ Received
11/3/2016 9:33:01 AM

besides I don't like being in the subordinate level of a relationship

**live:makishimax**
✓ Received
11/3/2016 9:33:05 AM

you should be sending me things

**ria_**■
✓ Received
11/3/2016 9:33:16 AM

huh?

**live:makishimax**
✓ Received
11/3/2016 10:01:12 AM

show your Master something

**ria_** ▮
✓ Received
11/3/2016 10:40:17 AM

heya

**ria_** ▮
✓ Received
11/3/2016 10:40:22 AM

ill send u a pic

**ria_** ▮
✓ Received
11/3/2016 10:40:26 AM

see if u receive it?

**live:makishimax**
✓ Received
11/3/2016 10:40:31 AM

ok

**ria_** ▮
✓ Received
11/3/2016 10:40:38 AM

ria shared a picture

**live:makishimax**
✓ Received
11/3/2016 10:40:38 AM

but I must sleep soon

**live:makishimax**
✓ Received
11/3/2016 10:40:47 AM

I have seen that one before

**ria_** ▮
✓ Received
11/3/2016 10:40:59 AM

ok was just checking if my pic share is working

**ria_**████

✓ Received
11/3/2016 10:41:01 AM

thanks

**live:makishimax**

✓ Received
11/13/2016 9:33:44 AM

hi

**live:makishimax**

✓ Received
11/13/2016 9:35:20 AM

ready?

**ria_**████

✓ Received
11/13/2016 9:35:37 AM

yeah..i cant speak now but can type since people r around

**ria_**████

✓ Received
11/13/2016 9:35:40 AM

hope u understand hon?

**live:makishimax**

✓ Received
11/13/2016 9:35:52 AM

still want me to send you the video file?

**ria_**████

✓ Received
11/13/2016 9:36:09 AM

yeah

**ria_**████

✓ Received
11/13/2016 9:36:11 AM

and see u

**ria_** ▪ ✓ Received
11/13/2016 9:36:14 AM

<ss type="kiss">:*</ss>

**live:makishimax** ✓ Received
11/13/2016 9:36:23 AM

Chrysanth Van Aduard shared a file: danger1.zip

**live:makishimax** ✓ Received
11/13/2016 9:36:33 AM

that's the file

**live:makishimax** ✓ Received
11/13/2016 9:36:44 AM

it will take a while

**live:makishimax** ✓ Received
11/13/2016 9:37:17 AM

Do you want to have my children?

**ria_** ▪ ✓ Received
11/13/2016 9:38:35 AM

yes a lot

**ria_** ▪ ✓ Received
11/13/2016 9:38:48 AM

vid call me na I wana see u yeah

**live:makishimax** ✓ Received
11/13/2016 9:41:17 AM

hi

**ria_**⬛                                    ✓ Received
                                        11/13/2016 9:41:24 AM

heya cutie

**ria_**⬛                                    ✓ Received
                                        11/13/2016 9:41:27 AM

u look cute

**live:makishimax**                          ✓ Received
                                        11/13/2016 9:41:37 AM

Love me?

**ria_**⬛                                    ✓ Received
                                        11/13/2016 9:41:43 AM

a lot

**ria_**⬛                                    ✓ Received
                                        11/13/2016 9:41:48 AM

wish I cud meet u for real

**live:makishimax**                          ✓ Received
                                        11/13/2016 9:41:57 AM

What do you want to give to me?

**ria_**⬛                                    ✓ Received
                                        11/13/2016 9:42:26 AM

kids

**ria_**⬛                                    ✓ Received
                                        11/13/2016 9:42:28 AM

can we meet in real?

**live:makishimax**
✓ Received
11/13/2016 9:42:35 AM

Yes

**live:makishimax**
✓ Received
11/13/2016 9:42:48 AM

For what purpose do you want to give me children?

**ria___**
✓ Received
11/13/2016 9:43:15 AM

u know it daddy

**ria___**
✓ Received
11/13/2016 9:43:17 AM

<ss type="wink">;)</ss>

**live:makishimax**
✓ Received
11/13/2016 9:43:35 AM

Can I rape their asshole when they are three?

**ria___**
✓ Received
11/13/2016 9:44:11 AM

yes bt u might freak out by the cries and people wud come to know

**live:makishimax**
✓ Received
11/13/2016 9:44:34 AM

Not if we raise them in an underground room

**ria___**
✓ Received
11/13/2016 9:44:57 AM

but what if there r wounds and bruises

**ria_**⬛ ✓ Received
11/13/2016 9:45:01 AM

we need to take them to the doc

**ria_**⬛ ✓ Received
11/13/2016 9:45:05 AM

they might come to know then

**live:makishimax** ✓ Received
11/13/2016 9:45:15 AM

we will have our own doctor

**ria_**⬛ ✓ Received
11/13/2016 9:45:21 AM

who?

**live:makishimax** ✓ Received
11/13/2016 9:45:27 AM

in due time

**live:makishimax** ✓ Received
11/13/2016 9:45:32 AM

I am going to create a cult

**ria_**⬛ ✓ Received
11/13/2016 9:45:38 AM

what is a cult?

**live:makishimax** ✓ Received
11/13/2016 9:45:50 AM

a tribe

**ria_**
✓ Received
11/13/2016 9:46:04 AM

how many members have u collected to far?

**live:makishimax**
✓ Received
11/13/2016 9:46:17 AM

6

**ria_**
✓ Received
11/13/2016 9:46:36 AM

can u add me to the circuit if theres a Skype group etc? or email?

**live:makishimax**
✓ Received
11/13/2016 9:47:02 AM

I will create one

**live:makishimax**
✓ Received
11/13/2016 9:47:10 AM

show me how to make a skype group

**ria_**
✓ Received
11/13/2016 9:47:28 AM

ill have to check..well u can do that to on google

**ria_**
✓ Received
11/13/2016 9:47:41 AM

check on google its pretty easy..u can make one right now and add them all

**live:makishimax**
✓ Received
11/13/2016 9:48:51 AM

Chrysanth Van Aduard started a conference call

**ria_**▮

✓ Received
11/13/2016 9:49:34 AM

what happened?

**live:makishimax**

✓ Received
11/13/2016 9:49:40 AM

she is not online

**ria_**▮

✓ Received
11/13/2016 9:49:51 AM

not now an offline group

**ria_**▮

✓ Received
11/13/2016 9:49:56 AM

are all women that u have?

**ria_**▮

✓ Received
11/13/2016 9:50:02 AM

give me the ids ill create one

**live:makishimax**

✓ Received
11/13/2016 9:50:06 AM

they mostly don't use skype

**ria_**▮

✓ Received
11/13/2016 9:50:14 AM

then how do u guys connect

**live:makishimax**

✓ Received
11/13/2016 9:50:27 AM

facebook, kik, yahoo

**ria_**▇
✓ Received
11/13/2016 9:50:32 AM

why did u cut the call? <ss type="sad">:(</ss>

**ria_**▇
✓ Received
11/13/2016 9:50:42 AM

whats the facebook group for aual?

**live:makishimax**
✓ Received
11/13/2016 9:50:49 AM

I wish you would show me you sometime

**live:makishimax**
✓ Received
11/13/2016 9:51:09 AM

I didn't create an official group yet, as I want it to be lowkey, facebook is too obvious

**ria_**▇
✓ Received
11/13/2016 9:51:30 AM

yeah pls be very careful on this part very very careful

**ria_**▇
✓ Received
11/13/2016 9:53:46 AM

can u help me with some of ur pedo men friend ids?

**live:makishimax**
✓ Received
11/13/2016 9:56:04 AM

fuck you

**live:makishimax**
✓ Received
11/13/2016 9:56:11 AM

you are not talking to other men...

**live:makishimax**
✓ Received
11/13/2016 9:56:13 AM

<ss type="tongueout">:P</ss>

**live:makishimax**
✓ Received
11/13/2016 9:56:25 AM

go look at the videos I sent you

**ria_▓**
✓ Received
11/13/2016 9:56:31 AM

I thot u r not interested me in any more

**ria_▓**
✓ Received
11/13/2016 9:56:33 AM

too large file

**live:makishimax**
✓ Received
11/13/2016 9:56:48 AM

I said I wanted to have children with you

**ria_▓**
✓ Received
11/13/2016 9:56:58 AM

<ss type="kiss">:*</ss>

**live:makishimax**
✓ Received
11/13/2016 9:57:10 AM

<b raw_pre="*" raw_post="*">holds your ass</b>

**live:makishimax**
✓ Received
11/13/2016 9:57:14 AM

Show me a nude pic of you

---

**ria_**▮

✓ Received
11/13/2016 10:06:12 AM

hmmm

---

**ria_**▮

✓ Received
11/13/2016 10:06:15 AM

I love u

---

**live:makishimax**

✓ Received
11/13/2016 10:09:03 AM

I love you too

---

**live:makishimax**

✓ Received
11/13/2016 10:09:06 AM

<b raw_pre="*" raw_post="*">kisses your neck</b>

---

**live:makishimax**

✓ Received
11/13/2016 10:09:21 AM

Are you going to give me Daughters to rape and train as my sex slaves?

---

**ria_**▮

✓ Received
11/13/2016 10:11:55 AM

yes

---

**ria_**▮

✓ Received
11/13/2016 10:11:58 AM

they are all urs

---

**live:makishimax**

✓ Received
11/13/2016 10:12:34 AM

&lt;ss type="smile"&gt;:)&lt;/ss&gt;

**ria_**  ■                                                              ✓ Received
                                                        11/13/2016 10:13:29 AM

vid call na seeing u makes me feel happy

**live:makishimax**                                             ✓ Received
                                                        11/13/2016 10:22:18 AM

I am so tired

**live:makishimax**                                             ✓ Received
                                                        11/13/2016 10:22:21 AM

I wish I could see you

**ria_**  ■                                                              ✓ Received
                                                        11/13/2016 10:22:29 AM

tired for what hon

**live:makishimax**                                             ✓ Received
                                                        11/13/2016 10:24:33 AM

I just worked 12 hours

**live:makishimax**                                             ✓ Received
                                                        11/13/2016 10:24:44 AM

and I have to get up in less than 6 hours...

**live:makishimax**                                             ✓ Received
                                                        11/13/2016 10:24:47 AM

to work again

**ria_**  ■                                                              ✓ Received
                                                        11/13/2016 10:26:22 AM

then u better sleep?

**live:makishimax**
✓ Received
11/13/2016 10:26:32 AM

Yes

**live:makishimax**
✓ Received
11/13/2016 10:26:35 AM

Do you love me?

**ria_**
✓ Received
11/13/2016 10:26:41 AM

<ss type="smile">:)</ss>

**ria_**
✓ Received
11/13/2016 10:26:41 AM

a lot

**live:makishimax**
✓ Received
11/13/2016 10:26:53 AM

I want you to be the Mother of my children

**live:makishimax**
✓ Received
11/13/2016 10:27:01 AM

Do you believe in eternal love?

**ria_**
✓ Received
11/13/2016 10:27:13 AM

yes

**ria_**
✓ Received
11/13/2016 10:27:16 AM

what is eternal love

**live:makishimax**

✓ Received
11/13/2016 10:28:29 AM

love that always exists

**ria_**███

✓ Received
11/13/2016 10:28:38 AM

<ss type="kiss">:*</ss>

**live:makishimax**

✓ Received
11/13/2016 10:28:40 AM

Do you want us to be together forever?

**live:makishimax**

✓ Received
11/13/2016 10:28:44 AM

<b raw_pre="*" raw_post="*">kisses you back</b>

**ria_**███

✓ Received
11/13/2016 10:28:49 AM

did u fell in love ever?

**live:makishimax**

✓ Received
11/13/2016 10:28:56 AM

once or twice

**ria_**███

✓ Received
11/13/2016 10:29:00 AM

may be u can vid call and share it

**ria_**███

✓ Received
11/13/2016 10:29:03 AM

I like hearing ur vouce

**ria_** 
✓ Received
11/13/2016 10:29:07 AM

voice

**live:makishimax**
✓ Received
11/13/2016 10:29:16 AM

I am falling asleep, I swear I am

**ria_**
✓ Received
11/13/2016 10:29:25 AM

ok my baby

**ria_**
✓ Received
11/13/2016 10:29:29 AM

sleep well

**ria_**
✓ Received
11/13/2016 10:29:30 AM

<ss type="kiss">:*</ss>

**live:makishimax**
✓ Received
11/13/2016 10:29:37 AM

<b raw_pre="*" raw_post="*">holds you</b>

**ria_**
✓ Received
11/13/2016 10:29:46 AM

<ss type="kiss">:*</ss>

**ria_**
✓ Received
11/13/2016 10:29:48 AM

I miss

**ria_**■  ✓ Received
11/13/2016 10:29:51 AM

u

**ria_**■  ✓ Received
11/13/2016 10:29:53 AM

whats ur exact age?

**ria_**■  ✓ Received
11/13/2016 10:29:54 AM

I am 33

**live:makishimax**  ✓ Received
11/13/2016 10:30:00 AM

33

**ria_**■  ✓ Received
11/13/2016 10:30:09 AM

last time u said 36

**ria_**■  ✓ Received
11/13/2016 10:30:12 AM

I don't mind if u r oder

**ria_**■  ✓ Received
11/13/2016 10:30:16 AM

i like older men

**ria_**■  ✓ Received
11/13/2016 10:30:18 AM

whats the real age?

**ria_** ███
✓ Received
11/13/2016 10:30:19 AM

<ss type="wink">;)</ss>

**live:makishimax**
✓ Received
11/13/2016 10:30:27 AM

No its 33

**ria_** ███
✓ Received
11/13/2016 10:30:39 AM

ok baby

**ria_** ███
✓ Received
11/13/2016 10:30:45 AM

do u have a group on k k?

**live:makishimax**
✓ Received
11/13/2016 10:30:57 AM

do you have a k k?

**ria_** ███
✓ Received
11/13/2016 10:31:10 AM

i think i have id yeah

**ria_** ███
✓ Received
11/13/2016 10:31:16 AM

ill have to check

**ria_** ███
✓ Received
11/13/2016 10:31:31 AM

u have a group of pedo friends there?

**live:makishimax**
✓ Received
11/13/2016 10:32:22 AM

lykaner888

**ria_**
✓ Received
11/13/2016 10:33:02 AM

okie

**ria_**
✓ Received
11/13/2016 10:33:06 AM

u have a group of pedo friends there?

**live:makishimax**
✓ Received
11/13/2016 10:33:11 AM

some

**ria_**
✓ Received
11/13/2016 10:33:27 AM

ok can u add me into that group on kik?

**live:makishimax**
✓ Received
11/13/2016 10:33:36 AM

just add me first

**ria_**
✓ Received
11/13/2016 10:33:41 AM

yes

**ria_**
✓ Received
11/13/2016 10:33:42 AM



&lt;ss type="kiss"&gt;:*&lt;/ss&gt;

**ria_**▉
✓ Received
11/13/2016 10:33:44 AM

u sleep now

**ria_**▉
✓ Received
11/13/2016 10:33:50 AM

i don't want u to be awake

**live:makishimax**
✓ Received
11/13/2016 10:34:17 AM

I love you always and forever

**ria_**▉
✓ Received
11/13/2016 10:34:34 AM

pls do

**ria_**▉
✓ Received
11/13/2016 10:34:41 AM

i don't have any friends with whom i can share this side of mine

**live:makishimax**
✓ Received
11/13/2016 10:35:12 AM

I want you to bear my children

**ria_**▉
✓ Received
11/13/2016 10:36:11 AM

as many as u want

**ria_**▉
✓ Received
11/13/2016 10:36:12 AM

<ss type="kiss">:*</ss>

**live:makishimax**

✓ Received
11/13/2016 10:40:58 AM

the purpose of our daughters will be?



**ria_**

✓ Received
11/13/2016 10:46:52 AM

to serve u

**ria_**

✓ Received
11/13/2016 10:47:26 AM

we have time to discuss that later

**ria_**

✓ Received
11/13/2016 10:47:27 AM

mwa

**live:makishimax**

✓ Received
11/13/2016 10:47:40 AM

ok

**live:makishimax**

✓ Received
11/13/2016 10:47:42 AM

I love you

**live:makishimax**

✓ Received
11/13/2016 10:47:52 AM

bye baby

**ria_**

✓ Received
11/13/2016 10:49:05 AM

me too

**ria_**

✓ Received
11/13/2016 10:49:08 AM

night hon

**ria_**

✓ Received
11/14/2016 12:46:12 PM

hi baby

**live:makishimax**

✓ Received
11/14/2016 6:20 55 PM

I love you

**ria_**

✓ Received
11/15/2016 10:35:38 AM

hie my baby

**live:makishimax**

✓ Received
11/15/2016 10:38:26 AM

hi