

# FORENSIC EXAMINATION REPORT

## CASE NUMBER 305G-AL-3237376

| | |
|---|---|
| Case generated | Thursday, May 26, 2022 |
| Report generated | Wednesday, June 8, 2022 |

# CASE OVERVIEW

## CASE PROCESSING DETAILS

### SCAN 1

| | |
|---|---|
| Scan date | Thursday, May 26, 2022 1:06:27 PM |

# EVIDENCE OVERVIEW

|  |  |
|---|---|
| Evidence items | 6 |
| Combined results | 664,204 |

### BLK32_MMCBLK0RPMB.BIN (1)

| | |
|---|---|
| Evidence number | blk32_mmcblk0rpmb.bin |
| Location | blk32_mmcblk0rpmb.bin |
| Platform | Mobile |

### BLK0_MMCBLK0.BIN (83,032)

| | |
|---|---|
| Evidence number | blk0_mmcblk0.bin |
| Location | blk0_mmcblk0.bin |
| Platform | Mobile |

### UNIVERSAL_ANDROID ACCESS.ZIP (27,741)

| | |
|---|---|
| Evidence number | Universal_Android Access.zip |
| Location | Universal_Android Access.zip |
| Platform | Mobile |

### 1B5.E01 (115,080)

| | |
|---|---|
| Evidence number | 1B5.E01 |
| Location | 1B5.E01 |
| Platform | Computer |

### 1B2.E01 (215,005)

| | |
|---|---|
| Evidence number | 1b2.E01 |
| Location | 1b2.E01 |
| Platform | Computer |

### 1B1.E01 (223,345)

| | |
|---|---|
| Evidence number | 1B1.E01 |
| Location | 1B1.E01 |
| Platform | Computer |

Google Searches

### Record 1

| | |
|---|---|
| Tags | Bookmark |
| Search Term | ideal age pregnancy 12 years old |
| URL | https://www.google.com/search?sclient=psy-ab&site=&source=hp&q=ideal+age+pregnancy+12+years+old&oq=ideal+age+pregnancy+12+years+old&gs_l=hp 3...392734.399527.0 399688.47.44.3.0.0.0.312.5883.7j32j4j1.44.0.foo,ersl%3D1,ewh%3D0,nso-enksa%3D0,nso-enfk%3D0.3..0...1.1.64.psy-ab. 2.41.4346.0..0j0i131k1j0i22i30k1j0i13k1j0i8i13i30k1j33i160k1j33i21k1.i5WDIUG9TWA&pbx=1&biw=1301&bih=620&dpr=1.05&cad=cbv&bvch=u&sei=_KHhWLr_J8zYmwGC5JOACQ |
| Date/Time - UTC+00:00 (M/d/yyyy) | 4/3/2017 1:16:31 AM |
| Original Search Query | ideal age pregnancy 12 years old |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 4/3/2017 1:14:36 AM |
| Web Page Title | ideal age pregnancy 12 years old - Google Search |
| Artifact | Edge/Internet Explorer 10-11 Main History |
| Artifact ID | 119645 |
| Source | • 1B1.E01 - Partition 2 (465.28 GB) |
| Location | • Physical Sector 63174879 |
| Evidence number | • 1B1.E01 |

### Record 2

| | |
|---|---|
| Tags | Bookmark |
| Search Term | father daughter incest legal countries |
| URL | https://www.google.com/search?sclient=psy-ab&biw=683&bih=326&q=father+daughter+incest+legal+countries&oq=father+daughter+incest+legal+countries&gs_l=serp.3...365806 388287.0.388375.48 33.4.6.6.0.280.4823.0j19j7.26.0....0...1c.1.64.psy-ab..13.21.2400...0j0i131k1j0i67k1j0i10k1.mCPfWkYD3a8&pbx=1&dpr=1.5&cad=cbv&bvch=u&sei=7nlnWM_MEYazmwGSgLLIBw |
| Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2016 9:27:10 AM |
| Original Search Query | father daughter incest legal countries |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 12/31/2016 9:27:10 AM |
| Artifact | Edge/Internet Explorer 10-11 Main History |
| Artifact ID | 188745 |
| Source | • 1B1.E01 - Partition 2 (465.28 GB) |
| Location | • Physical Sector 63423141 |
| Evidence number | • 1B1.E01 |

### Record 3

| | |
|---|---|
| Tags | Bookmark |
| Search Term | ▮ nicknames |
| URL | https://www.google.com/search?rlz=1C1CHBD_enUS845US845&sxsrf=ACYBGNSuPq_3p5Jgr46L_hZ7xha2uJHjzw%3A1568827319350&ei=t2eCXdz1FIGyggeW9bjoBg&q=▮ nicknames&oq=nataa+nicknames&gs_l=psy-ab.1.0.0i13l2j0i8i7i30l4j0i8i13i30.33236.34123..36797...0.1..0.137.558.1j4......0....1..gws-wiz.......0i71j0j0i7i30.fGMbsYgFts4 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 9/18/2019 5:22:35 PM |
| Original Search Query | nataa nicknames |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 9/18/2019 5:21:59 PM |
| Previous Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 9/18/2019 5:21:59 PM |
| Web Page Title | ▮ nicknames - Google Search |
| Artifact | WebKit Browser Web History (Carved) |
| Artifact ID | 225091 |
| Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\pagefile.sys |
| Location | • File Offset 1078662403 |
| Evidence number | • 1b2.E01 |

### Record 4

# Google Searches

| | |
|---|---|
| Tags | Bookmark |
| Search Term | pedophilia is necessary |
| URL | https://www.google.com/search?q=pedophilia+is+necessary&rlz=1C1CHBD_enUS845US845&oq=pedophilia+is+necessary&aqs=chrome..69i57.3966j0j8&sourceid=chrome&ie=UTF-8 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 2:36:29 AM |
| Original Search Query | pedophilia is necessary |
| Web Page Title | pedophilia is necessary - Google Search |
| Artifact | WebKit Browser Web History (Carved) |
| Artifact ID | 225985 |
| Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\pagefile.sys |
| Location | • File Offset 1368911605 |
| Evidence number | • 1b2.E01 |

## Record 5

| | |
|---|---|
| Tags | Bookmark |
| Search Term | pedophile snuff ring |
| URL | https://www.google.com/search?biw=931&bih=568&sxsrf=ACYBGNSHYBQz-a2iqfm6kbhqi7tKiRyOMQ%3A1574045321354&ei=iQbSXeatFYuG5wKRolegBA&q=pedophile+snuff+ring&oq=pedophile+snuff+ring&gs_l=psy-ab.3...24539.29306. 29572...3.0..1 204.2844.1j20j1......0....1..gws-wiz.....10..35i36 2i39j35i39j0i273j0i131j0j0i67j0i10i67.VYdBPAyRF4M&ved=0ahUKEwimlvXh3_LlAhULw1kKHRHQAUQQ4dUDCAs&uact=5 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 2:50:46 AM |
| Original Search Query | pedophile snuff ring |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 2:48:41 AM |
| Previous Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 2:48:41 AM |
| Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 2:48:41 AM |
| Web Page Title | pedophile snuff ring - Google Search |
| Artifact | WebKit Browser Web History (Carved) |
| Artifact ID | 226078 |
| Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\pagefile.sys |
| Location | • File Offset 1368930671 |
| Evidence number | • 1b2.E01 |

## Record 6

| | |
|---|---|
| Tags | Bookmark |
| Search Term | ▓▓▓▓▓▓▓▓▓▓ |
| URL | https://www.google.com/search?q=▓▓▓▓▓▓▓▓▓▓sxsrf=ACYBGNTkr264DLjHHufWZcPNFmgILNBSZA:1574052009992&ei=qSDSXYaNPIOL5wLk7pKoDA&start=10&sa=N&ved=0ahUKEwjGhafX-PLlAhWDxVkKHWS3BMUQ8NMDCJIB&biw=931&bih=568 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:40:34 AM |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:40:09 AM |
| Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:40:09 AM |
| Web Page Title | ▓▓▓▓▓▓▓▓▓▓ - Google Search |
| Artifact | WebKit Browser Web History (Carved) |
| Artifact ID | 226139 |
| Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\pagefile.sys |
| Location | • File Offset 1368943754 |
| Evidence number | • 1b2.E01 |

## Record 7

| | |
|---|---|
| Tags | Bookmark |
| Search Term | Georgia FBI Pedophile |

Google Searches

| | | |
|---|---|---|
| | URL | https://www.google.com/search?q=Georgia+FBI+Pedophile&sxsrf=ACYBGNQ-fiML2xycvLx0dNhW0vVDYkP56Q:1574051959025&ei=dyDSXZ2SAa2q5wLZ6oQw&start=10&sa=N&ved=0ahUKEwjdqYC_-PlIAhUt1VkKHVk1AQYQ8NMDCJIB&biw=931&bih=568 |
| | Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:39:49 AM |
| | Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:39:19 AM |
| | Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:39:19 AM |
| | Web Page Title | Georgia FBI Pedophile - Google Search |
| | Artifact | WebKit Browser Web History (Carved) |
| | Artifact ID | 226143 |
| | Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\pagefile.sys |
| | Location | • File Offset 1368944463 |
| | Evidence number | • 1b2.E01 |

Record 8

| | | |
|---|---|---|
| | Tags | Bookmark |
| | Search Term | Georgia FBI |
| | URL | https://www.google.com/search?sxsrf=ACYBGNSvqzvSmU-6PjJd6L6LssZ09KXlyw%3A1574051847518&ei=ByDSXYifH8qE5wKSz6zAAQ&q=Georgia+FBI+&oq=Georgia+FBI+&gs_l=psy-ab 3..0l7j0i22i30l3.47174.53615..55270...4.0..0.300.2275.0j13j1j1......0....1..gws-wiz.....10..35i362i39j35i39j0i131i273j0i273j0i67j0i131j0i20i263j0i10.pWC0cpeA4lM&ved=0ahUKEwjIvuqJ-PlIAhVKwlkKHZInCxgQ4dUDCAs&uact=5 |
| | Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:39:14 AM |
| | Original Search Query | Georgia FBI |
| | Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:37:27 AM |
| | Previous Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:37:27 AM |
| | Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:37:27 AM |
| | Web Page Title | Georgia FBI - Google Search |
| | Artifact | WebKit Browser Web History (Carved) |
| | Artifact ID | 226196 |
| | Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\pagefile.sys |
| | Location | • File Offset 1368954554 |
| | Evidence number | • 1b2.E01 |

Record 9

| | | |
|---|---|---|
| | Tags | Bookmark |
| | Search Term | ▇▇▇▇▇▇▇▇ raped |
| | URL | https://www.google.com/search?biw=931&bih=568&sxsrf=ACYBGNTR7ETkZ2jRA0OeD24u28uv7jooRw%3A1574052033808&ei=wSDSXfX3MIP45gLY75zAAQ&q=▇▇▇▇▇▇▇▇+raped&oq=▇▇▇▇▇▇▇▇+raped&gs_l=psy-ab.3...17619.18946..19151...0.0..0.149.790.0j6......0....1..gws-wiz.......0i22i30j33i160.H8mVggvCOgQ&ved=0ahUKEwi13NTi-PlIAhUDvFkKHdg3Bxg4ChDh1QMICw&uact=5 |
| | Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:40:54 AM |
| | Original Search Query | ▇▇▇▇▇▇▇▇ raped |
| | Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:40:33 AM |
| | Previous Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:40:33 AM |
| | Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:40:33 AM |
| | Web Page Title | ▇▇▇▇▇▇▇▇ raped - Google Search |
| | Artifact | WebKit Browser Web History (Carved) |
| | Artifact ID | 226137 |

## Google Searches

| | |
|---|---|
| Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\pagefile.sys |
| Location | • File Offset 1368943352 |
| Evidence number | • 1b2.E01 |

### Record 10

| | |
|---|---|
| Tags | Bookmark |
| Search Term | duckduckgo |
| URL | https://www.google.com/search?q=duckduckgo&rlz=1C1CHBD_enUS845US845&oq=duck&aqs=chrome.0.3 5i39j69i57j0l5j69i60.4377j0j4&sourceid=chrome&ie=UTF-8 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 11/18/2019 4:18:25 AM |
| Original Search Query | duck |
| Web Page Title | duckduckgo - Google Search |
| Artifact | WebKit Browser Web History (Carved) |
| Artifact ID | 226216 |
| Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\pagefile.sys |
| Location | • File Offset 1368956701 |
| Evidence number | • 1b2.E01 |

### Record 11

| | |
|---|---|
| Tags | Bookmark |
| Search Term | delete snap chat |
| URL | https://www.google.com/search?source=hp&ei=ioU3XpjJGs-5tQa4_b6IBA&q=delete+snap+chat&oq=de lete+snap+chat&gs_l=psy-ab.3..0i10l7.466952.470250..470530...3.0..0.137.1498.18j1......0.. ..1..gws-wiz.......0j0i131j0i3.-lP6utVFLCo&ved=0ahUKEwiYtq6Lq7TnAhXPXM0KHbi-D0EQ4dUDCAc&ua ct=5 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 2/3/2020 2:37:26 AM |
| Original Search Query | delete snap chat |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 2/3/2020 2:29:30 AM |
| Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 2/3/2020 2:29:30 AM |
| Artifact | Windows Timeline Activity |
| Artifact ID | 370685 |
| Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\Users\roboc\AppData\Local\ConnectedDevic esPlatform\aa349af9e0222e93\ActivitiesCache.db |
| Location | • Table: ActivityOperation(OperationOrder: 383) |
| Evidence number | • 1b2.E01 |

### Record 12

| | |
|---|---|
| Tags | Bookmark |
| Search Term | erase hard drive windows phone nokia |
| URL | https://www.google.com/search?source=hp&ei=hJY7XsaMI4XGsAXk_6PoAw&q=erase+hard+drive+windo ws+phone+nokia&oq=erase+hard+drive+windows+phone+nokia&gs_l=psy-ab.3..33i160l3j33i299l2.18 8.10723..11022...11.0..1.228.4982.24j22j1......0....1..gws-wiz.....0..0i131j0j0i22i30j33i2 2i29i30.apOfsm4UBQ0&ved=0ahUKEwjG3uHri7znAhUFI6wKHeT_CD0Q4dUDCAc&uact=5 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 2/6/2020 4:31:15 AM |
| Original Search Query | erase hard drive windows phone nokia |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 2/6/2020 4:31:00 AM |
| Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 2/6/2020 4:31:00 AM |
| Artifact | Windows Timeline Activity |
| Artifact ID | 370951 |
| Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\Users\roboc\AppData\Local\ConnectedDevic esPlatform\aa349af9e0222e93\ActivitiesCache.db |
| Location | • Table: ActivityOperation(OperationOrder: 744) |
| Evidence number | • 1b2.E01 |

Google Searches

## Record 13

| | |
|---|---|
| Tags | Bookmark |
| Search Term | Keith Mussenden |
| URL | https://www.google.com/search?ei=eutSXouoDYKwtQWBjL_ICg&q=Keith+Mussenden&oq=Keith+Mussenden&gs_l=psy-ab.3..0.13395.15500..15778...3.0..0.206.1924.14j5j1......0....1..gws-wiz.....6..0i362i308i154i357j0i273j0i131j0i3j0i22i30.EJGZxlRPXIs&ved=0ahUKEwiLzeaMzOjnAhUCWK0KHQHGD6kQ4dUDCAo&uact=5 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 2/23/2020 9:17:03 PM |
| Original Search Query | Keith Mussenden |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 2/23/2020 9:15:38 PM |
| Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 2/23/2020 9:15:38 PM |
| Artifact | Windows Timeline Activity |
| Artifact ID | 372311 |
| Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\Users\roboc\AppData\Local\ConnectedDevicesPlatform\aa349af9e0222e93\ActivitiesCache.db |
| Location | • Table: ActivityOperation(OperationOrder: 2443) |
| Evidence number | • 1b2.E01 |

## Record 14

| | |
|---|---|
| Tags | Bookmark |
| Search Term | delete your kik account |
| URL | https://www.google.com/search?source=hp&ei=3lM6Xo6wG5uqtQbRiavABA&q=delete+your+kik+account&oq=delete+your+kik+account&gs_l=psy-ab.3..0l2j0i22i30l8.2250004.2254640..2254942...4.0..0.137.2360 22j5......0....1..gws-wiz.......0i131j33i160j0i10j0i22i10i30.VYzfXoYwHT0&ved=0ahUKEwiOl_SR2LnnAhUbVc0KHdHECkgQ4dUDCAc&uact=5 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 2/5/2020 6:11:57 AM |
| Original Search Query | delete your kik account |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 2/5/2020 5:34:22 AM |
| Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 2/5/2020 5:34:22 AM |
| Artifact | Edge/Internet Explorer 10-11 Main History |
| Artifact ID | 387850 |
| Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\Users\roboc\AppData\Local\Microsoft\Windows\WebCache\WebCacheV01.dat |
| Location | • Table: Container_5 (UrlHash: 1243184644218732233)<br>• Table: Containers (ContainerId: 5) |
| Evidence number | • 1b2.E01 |

## Record 15

| | |
|---|---|
| Tags | Bookmark |
| Search Term | Keith Chrysanth Mussenden |
| URL | https://www.google.com/search?ei=yutSXvqLHem1tgXmxIrIAw&q=Keith+Chrysanth+Mussenden&oq=Keith+Chrysanth+Mussenden&gs_l=psy-ab.3...2572.4587..5314.. 2.0..0.117.1173.12j2......0....1..gws-wiz.......0.irHXGTgT5nU&ved=0ahUKEwj6mImzzOjnAhXpmq0KHWaiAjkQ4dUDCAo&uact=5 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 2/23/2020 9:21:04 PM |
| Original Search Query | Keith Chrysanth Mussenden |
| Search Session Start Date/Time - UTC+00:00 (M/d/yyyy) | 2/23/2020 9:16:58 PM |
| Page Load Date/Time - UTC+00:00 (M/d/yyyy) | 2/23/2020 9:16:58 PM |
| Web Page Title | Keith Chrysanth Mussenden - Google Search |
| Artifact | Edge/Internet Explorer 10-11 Main History |
| Artifact ID | 394134 |
| Source | • 1b2.E01 - Partition 4 (Microsoft NTFS, 930.91 GB)\Users\roboc\AppData\Local\Microsoft\Windows\WebCache\WebCacheV01.dat |

Google Searches

| | | |
|---|---|---|
| Location | • | File Offset 25444716 |
| Evidence number | • | 1b2.E01 |

### Record 16

| | |
|---|---|
| Tags | Bookmark |
| Search Term | install yandex deb zorin |
| URL | https://www.google.com/search?client=ubuntu&channel=fs&q=install+yandex+deb+zorin+&ie=utf-8&oe=utf-8 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 12/26/2019 8:10:19 PM |
| Web Page Title | install yandex deb zorin - Google Search |
| Artifact | Firefox Web History |
| Artifact ID | 447544 |
| Source | • 1B5.E01 - Partition 2 (EXT-family, 223.07 GB)\home\apollyon\.mozilla\firefox\teukh3zp.default-release\places.sqlite |
| Location | • Table: moz_places(id: 135) |
| Evidence number | • 1B5.E01 |

### Record 17

| | |
|---|---|
| Tags | Bookmark |
| Search Term | download yandex browser for linux |
| URL | https://www.google.com/search?client=ubuntu&channel=fs&q=download+yandex+browser+for+linux&ie=utf-8&oe=utf-8 |
| Date/Time - UTC+00:00 (M/d/yyyy) | 12/26/2019 7:55:17 PM |
| Web Page Title | download yandex browser for linux - Google Search |
| Artifact | Firefox Web History |
| Artifact ID | 447533 |
| Source | • 1B5.E01 - Partition 2 (EXT-family, 223.07 GB)\home\apollyon\.mozilla\firefox\teukh3zp.default-release\places.sqlite |
| Location | • Table: moz_places(id: 124) |
| Evidence number | • 1B5.E01 |

### Record 18

| | |
|---|---|
| Tags | Bookmark |
| Search Term | install yandex zorin os |
| URL | https://www.google.com/search?q=install%20yandex%20zorin%20os |
| Date/Time - UTC+00:00 (M/d/yyyy) | 2/12/2020 3:20:10 AM |
| Web Page Title | install yandex zorin os - Google Search |
| Artifact | Firefox Web History |
| Artifact ID | 447950 |
| Source | • 1B5.E01 - Partition 2 (EXT-family, 223.07 GB)\home\apollyon\.mozilla\firefox\teukh3zp.default-release\places.sqlite |
| Location | • Table: moz_places(id: 417) |
| Evidence number | • 1B5.E01 |